UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:16-CR-180-BO-2

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NAOMI MONDRAGON, )<br>)<br>Defendant. ) | ORDER TO SEAL |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 51 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the __31__ day of __January__, 2017.

_____
TERRENCE W. BOYLE
U.S. District Judge